# LESCHAK & ASSOCIATES LLC

| | | |
|---|---|---|
| John Leschak, Esq.<br>Admitted in NY & NJ<br>Marissa Koerner, Esq.<br>Admitted in NJ<br>Pablo Forray, Esq.<br>Admitted in NJ | Office: (732) 333-0806<br>Office: (888) 765-1126<br>Fax: (732) 333-0900<br>Fax: (866) 888-6345 | New mailing address:<br>180 South Street<br>Freehold, NJ 07728<br><br>Justice4NJ.com<br>info@Justice4NJ.com |

August 8, 2019

Hon. Judge Vernon S. Broderick
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, 10007                                                         **Filed via CM/ECF**

CC: Mr. Joshua Evan Kahane
Assistant US Attorney
U.S. Attorney's Office SDNY
86 Chambers Street
New York, NY 10007                                                     **Filed via CM/ECF**

> **RE:   Entry of Appearance as Attorney of Record and
> Request for Transfer of Petition to District of New Jersey**
> *Request made with <u>Consent</u> of Respondent's Counsel*
> **Karim T. G. v. Barr and Decker (Case No. <u>1:19-cv-05239 (VSB)</u>)**

Dear Hon. Judge Broderick:

   I hereby enter my appearance on behalf of the Petitioner, Karim G. I already represent the Petitioner in the prior habeas he filed, which is now pending in the District of New Jersey (Case No. 2:18-cv-17175 (ES)).

   On July 19, 2019, Respondents filed a Motion to Dismiss or Transfer Case to the District of New Jersey. On August 7, 2019, I spoke to Respondent's counsel, Mr. Joshua Evan Kahane, in regards to their Motion. During my discussion with Mr. Kahane, we reached an agreement. Under this agreement, both parties agree that the most appropriate action for the Court to take would be to transfer this matter to the District of New Jersey, to be consolidate with the other habeas petition which is already pending there.

   On behalf of the Petitioner, we kindly request the Court transfer this matter to the District of New Jersey. This request is being made with the <u>consent of Respondent</u>. Thank you for your considerate attention to this matter.

                                                            Respectfully submitted,
                                                            */ s / John P. Leschak*
                                                            John P. Leschak, Esquire
                                                            Attorney for Petitioner